ALICE A. BURGER et al., as Administrators of the Estate of JOHN C. BURGER, Deceased, Respondents, *v.* FIFTH AVENUE COACH COMPANY, Appellant.

(Argued October 18, 1928; decided November 20, 1928.)

*Henry J. Smith* and *Ambrose Clogher* for appellant.
*Ralph Stout* and *Harry S. Austin* for respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.